Jonathan Schwalb, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as
Servicer for U.S. Bank Trust National Association,
as Trustee of the Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on November 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

IN RE:

Harold David Nugent

Debtor

-------------------------------------------------------------------X

CASE NO.:22-17530-MBK

CHAPTER: 13

HON. JUDGE: Michael B. Kaplan

HEARING DATE:

November 9, 2022 at 9:00am

**ORDER GRANTING IN-REM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING REAL PROPERTY**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") for vacatur of the automatic stay under 11 U.S.C. § 362(d)(1) in rem relief under 11 U.S.C. § 362(d)(4)(A), and waiver of the stay provision under Fed. R. Bankr. Pr. 4001(a)(3) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated, in rem relief is granted and the 14-day stay after entry of this Order is waiver to permit the movant to immediately institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 224 Poplar Place, Neptune, NJ 07753

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 224 Poplar Place, Neptune, NJ 07753 and it is further

**ORDERED** that the Co-Debtor stay in effect as it pertains to Patricia Nugent pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C. §362(a) and the Co-Debtor stay under 11 U.S.C. §1301 as to Movant's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. §362(a) and the Co-Debtor stay under 11 U.S.C. §1301 shall not apply to Movant's interest in the Property; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.